**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Furniture Store Express, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/27/2023 | $33,327.20 | 3/27/2023 | 4759 | 2/7/2023 | $33,327.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/27/2023 | $110,103.60 | 2/27/2023 | 4757 | 1/31/2023 | $27,625.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/27/2023 | $110,103.60 | 2/27/2023 | 4751 | 1/23/2023 | $27,609.75 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/27/2023 | $110,103.60 | 2/27/2023 | 4749 | 1/17/2023 | $27,216.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:2/27/2023 | $110,103.60 | 2/27/2023 | 4747 | 1/10/2023 | $27,657.87 |

Totals:    2 transfer(s),    $143,430.80